### 8112.　CHABBLE v. O'NEAL.

BLOODWORTH, J.　1.　"Exception to a judgment overruling a demurrer to the petition, or motion to dismiss a case for the reason that the petition is insufficient in law, can not properly be made the ground of a motion for a new trial." *Gillis* v. *Powell*, 129 *Ga.* 403 (58 S. E. 1051); *Leathers* v. *Leathers*, 132 *Ga.* 211 (2) (63 S. E. 1118).

2.　This case appears from the record to be absolutely without merit, evidencing the fact that it was brought here for delay only; and the motion of the defendant in error, that the statutory penalty of ten per cent. damages be awarded against the plaintiff in error, is granted.

*Judgment affirmed, with damages. Broyles, P. J., and Jenkins, J., concur.*

DECIDED APRIL 25, 1917.

Complaint; from Murray superior court—Judge Fite. August 23, 1916.

*C. N. King,* for plaintiff in error.

*J. J. Bates, W. E. Mann,* contra.